UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK PATERSON,

    Plaintiff,

v.                                                CASE NO.: 8:13-cv-334-T-23TGW

RANDALL ZITCH,

    Defendant.
_____/

**ORDER**

    The *pro se* plaintiff sues (Doc. 1) the defendant for "wrongful detainer" and for "wrongful arrest." The plaintiff seeks waiver of the filing fee under 28 U.S.C. § 1915. Magistrate Judge Thomas G. Wilson issued a report (Doc. 3) recommending a dismissal of the complaint for failure to invoke federal jurisdiction, for failure to comply with the Federal Rules of Civil Procedure, and for failure to state a claim.

    The time Local Rule 6.02 permits for an objection expired, and the plaintiff submits nothing. The report and recommendation (Doc. 3) is **ADOPTED**, and the complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

    No later than **March 22, 2013, 5:00 PM EST**, the plaintiff may file an amended complaint in accord with the Magistrate Judge's report (Doc. 3). The

plaintiff's failure to timely amend will result in the dismissal of this action with prejudice and without further notice.

ORDERED in Tampa, Florida, on February 28, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE